

**DISTRICT ATTORNEY
QUEENS COUNTY
125-01 QUEENS BOULEVARD
KEW GARDENS, NEW YORK 11415-1568
(718) 286-6000**

RICHARD A. BROWN
DISTRICT ATTORNEY

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ Oct 6 2005 ★
BROOKLYN OFFICE

Granted
So ordered
s/John Gleeson
10-3-05

September 29, 2005

RECEIVED
SEP 30 2005
CHAMBERS

Honorable John Gleeson
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Michael King v. Robert Dennison
CV-05-3247 (JG)

Dear Judge Gleeson:

    I am requesting an additional extension of ten days to complete and file the respondent's affirmation and memorandum of law in this habeas corpus matter. This matter is presently due in this Court on October 4, 2005. The last two months have been extremely busy for me as I had several hearings in New York State Court. On September 13, 2005, I conducted a hearing before Judge Zayas in the case of People v. Becker. A week later, I conducted a hearing before Judge Buchter in the case of People v. Brown. I currently have another hearing pending in the case of People v. Lora. That hearing was adjourned from September 28, 2005, to October 6, 2005. I also had a hearing before Judge Block, on September 8, 2005, to which a post-hearing memorandum was also required. That hearing will continue on October 17, 2005. Finally, as I have mentioned in my previous letter, I work part-time for the Queens District Attorney's Office, and other than the hearings I have just outlined in this letter, I have further motions pending in state court. I would, therefore, need the additional ten days, until October 14, 2005, in which to complete my response.

Very truly yours,

Vered Adoni
Assistant District Attorney
(718) 286-5922

cc:  Michael King
c/o Palladia, Inc.
1808 Third Ave.
New York, NY 10029