UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X

MICHAEL KING

                                                                      ORDER
VS                                                        CV 05-3247  (JG)

ROBERT DENNISON, SUPT.

-------------------------------------------------X

A hearing will be held in the captioned case on <u>January 20, 2006 at 9:30 a.m.</u>

                                                     SO ORDERED

                                                   s/John Gleeson
                                                 JOHN GLEESON, U.S.D.J.

Dated: November 7, 2005
      Brooklyn, New York