

DISTRICT ATTORNEY
QUEENS COUNTY
125-01 QUEENS BOULEVARD
KEW GARDENS, NEW YORK 11415-1568
(718) 286-6000

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 1 2006 ★

BROOKLYN OFFICE

RICHARD A. BROWN
DISTRICT ATTORNEY

April 25, 2006

Honorable John Gleeson
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*The answer is yes.*
*[illegible] ordered*
s/John Gleeson
4-26-06

Re: Michael King v. Robert Dennison
CV-05-3247 (JG)

Dear Judge Gleeson:

I am writing to inquire of the Court whether, in view of Respondent's recent discovery that the defense was in possession of the subject Sprint Report prior to defendant's guilty plea and that the State, therefore, did not violate the Brady rule, Respondent should nonetheless be required to produce witnesses to explain the Report at the May 2, 2006 hearing.

Very truly yours,

Vered Adoni
Assistant District Attorney
(718) 286-5922