UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL KING,

                        Petitioner,

  -against-

NEW YORK STATE DIVISION OF PAROLE,
ROBERT DENNISION,

                        Respondent.
-----------------------------------------------------------------X

JUDGMENT
05-CV-3247 (JG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 4 2007 ★
**BROOKLYN OFFICE**

      An Order of Honorable John Gleeson, United States District Judge, having been filed on March 30, 2007, denying petitioner's petition for a writ of habeas corpus; and ordering that no Certificate of Appealability shall issue; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that petitioner's petition for a writ of habeas corpus is denied; and that no Certificate of Appealability shall issue.

Dated: Brooklyn, New York
       April 03, 2007

                                                   s/Robert C. Heinemann
                                                   ROBERT C. HEINEMANN
                                                   Clerk of Court